

NUMBER 13-09-00014-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JAVIER PEREZ, ET AL.,** **APPELLANTS,**

**v.**

**ROBERTO RAMOS,** **APPELLEE.**

---

On Appeal from the 398th District Court
of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela**
**Memorandum Opinion Per Curiam**

Appellants perfected an appeal from a judgment entered by the 398th District Court of Hidalgo County, Texas, in cause number C-1823-07-I. Appellants have filed an unopposed motion to dismiss the appeal on grounds that the appeal is moot. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 2nd day of April, 2009.